

GOVERNMENT
EXHIBIT
1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Armando Gaytan Castaneda | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Case No.** 4:26-cv-02229 |
| | ) | |
| **WARDEN, JOE CORLEY PROCESSING** | ) | |
| **CENTER,** *et. al.* | ) | |
| | ) | |
| Respondents. | ) | |

### SWORN DECLARATION OF Deportation Officer Patricia E. Vargas Castaneda

In accordance with 28 U.S.C. § 1746, I, Patricia E. Vargas Castaneda make the following sworn declaration under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

1. My name is Patricia E. Vargas Castaneda. I am a Deportation Officer assigned to the Houston, Texas Field Office of Enforcement and Removal Operations (ERO), a division of the United States Immigration and Enforcement Agency (ICE), within the Department of Homeland Security (DHS). I have been employed by DHS since November 02, 2025, and have been in my current position since November 03, 2025.

2. I have prepared this declaration at the request of the United States Attorney's Office confirming **Mr. Gaytan Castaneda** a 32-year-old male who was born in Mexico on October 16, 1993, voluntarily departed from the United States.

3. **Mr. Gaytan Castaneda** is both a native and a citizen of Mexico who has been assigned the following Administrative Number: A222 518 446. This declaration is based upon my

personal knowledge, information gathered from other individuals employed by ICE, and information obtained from records maintained by ICE.

4. My present duties include the oversight of processing and removal of aliens who are detained and subject to orders of removal. As part of my duties, I am required to confirm if an individual is subject to removal and all legal avenues have been completed. I communicate with consulates and embassies of countries to repatriate citizens of those countries or acceptance of citizens of other counties who have been ordered removed from the United States. I also determine whether an alien is cooperating in effecting their removal.

5. Furthermore, I am tasked in my present duties with approving concurrence of an initial 90-day custody review determination for those in ICE custody after the issuance of a final order of removal. This determination is based on whether an alien poses a flight risk or is a danger to the community if released from custody.

6. I provide this declaration to the best of my knowledge, information, belief and reasonable inquiry from the above captioned case.

7. On February 16, 2026, ERO Houston arrested **Mr. Gaytan Castaneda** in Porter, Texas. ERO Houston transported **Mr. Gaytan Castaneda** to the Montgomery Processing Center (MPC) in Conroe, TX for processing. At MPC, ERO Houston fingerprinted, photographed and enrolled **Mr. Gaytan Castaneda** into IDENT/IAFIS database system and determined that **Mr. Gaytan Castaneda** is both native and citizen of Mexico.

8. On February 18, 2026, ERO Houston transported **Mr. Gaytan Castaneda** to the Joe Corley Processing Center (JCPC), in Conroe, Texas.

9. On April 06, 2026, an immigration judge granted **Mr. Gaytan Castaneda's** request for Voluntary Departure and ordered that he depart the United States by April 13, 2026.

10. On April 08, 2026, ERO Houston served **Mr. Gaytan Castaneda** a Voluntary Departure and Verification of Departure, ICE Form I-210.

11. On April 10, 2026, ERO Houston secured a seat for **Mr. Gaytan Castaneda** on an ICE Air Charter flight to Mexico scheduled to depart on April 11, 2026.

12. On April 11, 2026, **Mr. Gaytan Castaneda** voluntarily departed the United States to Mexico.

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge and belief.

Executed on this 21st day of May 2026.

Patricia E. Vargas Castaneda
Deportation Officer
ICE-ERO, Houston, Texas